FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVAN ERICK BRIGGS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER WRAY,<br><br>    Defendant. | No. 2:20-CV-00291-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    On September 23, 2020, Magistrate Judge John T. Rodgers issued a Report and Recommendation dismissing Plaintiff's Complaint for failure to pay the full filing fee or submit a properly completed Application to Proceed *In Forma Pauperis*. ECF No. 4. Magistrate Judge Rodgers had previously denied Plaintiff's Application to Proceed *In Forma Pauperis*, and directed Plaintiff to either pay the full filing fee or submit a properly completed IFP application within thirty days. ECF No. 3. When Plaintiff failed to do so, Magistrate Judge Rodgers issued the instant Report and Recommendation. No timely objections were filed. After reviewing the Report and Recommendation and relevant authorities, the Court agrees with Magistrate Judge Rodgers' findings and **adopts** the Report and Recommendation in its entirety.

//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION** \* 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** Magistrate Judge Rodgers' Report and Recommendation, ECF No. 4, in its entirety.

2. The case is **DISMISSED without prejudice**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter judgment in Defendant's favor, and **close** this file.

**DATED** this 15th day of October 2020.



Stanley A. Bastian
Chief United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION * 2**